IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**MICHAEL LEE GORDON**                            **PLAINTIFF**

**V.**                      **CAUSE NO. 3:15-CV-00898-CWR-FKB**

**MARSHALL FISHER; RON KING;**                   **DEFENDANTS**
**JAMES FILLYAW; JAMAAL**
**MURRIEL; KEVIN NUNN; (FNU)**
**ROBISON; GREGORY ROBY; (FNU)**
**BROWN; SHERRY PICKERING; (FNU)**
**WEST; RICHARD CATES; CORNELLIS**
**RAWLS; (FNU) DAVIS**

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court pursuant to the Report and Recommendation of United States Magistrate Judge F. Keith Ball entered on November 21, 2016. Docket No. 26. Therein, Judge Ball clearly notified the respective parties in the above-styled and numbered cause that failure to file written objections to the findings and recommendations contained within fourteen (14) days from the date of filing would bar further appeal in accordance with Title 28 U.S.C. § 636. This court, finding that there has been no submission of written objections by any party, hereby adopts said Report and Recommendation as the order of this court.

**SO ORDERED**, this the 21st day of December, 2016.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE